UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 MMM PLAN (Individual Adjustment of Debts)**

☐ ___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☑ **2** Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

| | | | |
|---|---|---|---|
| DEBTOR: **Marcos A Crespo** | JOINT DEBTOR: **Ivette Crespo** | CASE NO.: **16-12061** |
| Last Four Digits of SS# **xxx-xx-8800** | Last Four Digits of SS# **xxx-xx-4942** | |

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

  A. $ **3,424.45** for months **1** to **16** ;
  B. $ **116,435.77** for months **17** to **17** ; * PAYING OUTSIDE PLAN AFTER MONTH 17*
  C. $ _____ for months ____ to ____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **7,500.00** TOTAL PAID $ **2,000.00**
Balance Due $ **5,500.00** payable $ **343.75** /month (Months **1** to **16** )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**Seterus Inc**
Arrearage on Petition Date $ _____
Address: 8501 Ibm Dr, Bldg 201, 2dd188; Charlotte, NC 28262
Arrears Payment $ _____ /month (Months _ to _)
Account No: **xxxxx2611** MMM Payment $ **1,292.34** /month (Months **1** to 16 )
Account No: **xxxxx2611** MMM Payment $ **1,370.63** /month (Months **17** )* PAYING OUTSIDE PLAN AFTER MONTH 17*

**Caliber Home Loans**
Arrearage on Petition Date $ _____
Address: 13801 Wireless Way; Oklahoma City OK 73134
Arrears Payment $ _____ /month (Months _ to _)
Account No: **xxxxxxx5893** MMM Payment $ **1,518.24** /month (Months **1** to **16**)
Account No: **xxxxxxx5893** MMM Payment $ **1,986.52** /month (Months **17**)* PAYING OUTSIDE PLAN AFTER MONTH 17*

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| | $ | 0% | $ | 0 To 0 | 0.00 |
| | $ | 0% | $ | 0 To 0 | 0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]
   **-NONE-**   Total Due $ _____
Payable $ _____ /month (Months _ to _ ) Regular Payment $ _____

Unsecured Creditors: Pay $ **140.76** /month (Months **1** to **16** ).
Pay $ **101,435.05** /month (Months **17** ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

LF-31 (rev. 01/08/10)

Other Provisions Not Included Above:

**Rejected Contracts and/or Leases**
-NONE-

**Assumed Contracts and/or Leases**
-NONE-

**Special Intentions:**
**Dade County Fcu: Debtor will pay claim directly.**
**Harley Davidson Financial: Debtor will pay claim directly.**
**Seterus Inc**: **Debtor will pay directly after month 17.**
**Caliber Home Loans: Debtor will pay directly after month 17.**

**The Debtors will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.**

**The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| **/s/ Marcos A Crespo** | **/s/ Ivette Crespo** |
| **Marcos A Crespo** | **Ivette Crespo** |
| Debtor | Joint Debtor |
| Date:  **July 21, 2017** | Date:  **July 21, 2017** |